## HOLCOMBE v. HOLCOMBE.

BELL, Chief Justice. 1. Cruel treatment as ground for divorce "is the wilful infliction of pain, bodily or mental, upon the complaining party, such as reasonably justifies an apprehension of danger to life, limb, or health." *Ring* v. *Ring*, 118 *Ga.* 183 (44 S. E. 861, 62 L. R. A. 878) ;

*Brown* v. *Brown*, 129 *Ga.* 246 (58 S. E. 825) ; *Stoner* v. *Stoner*, 134 *Ga.* 368 (67 S. E. 1030) ; *Adams* v. *Adams*, 195 *Ga.* 479 (24 S. E. 2d, 683).

2. In the instant case the petition contained sufficient allegations to show cruel treatment within the foregoing principle. Accordingly it was not error to overrule the general demurrer. *Alford* v. *Alford*, 189 *Ga.* 630 (1, 2) (7 S. E. 2d, 278) ; *Cohen* v. *Cohen*, 194 *Ga.* 573 (22 S. E. 2d, 132) ; *Allen* v. *Allen*, 194 *Ga.* 591 (22 S. E. 2d, 136) ; *Twilley* v. *Twilley*, 195 *Ga.* 291 (5, 7) (24 S. E. 2d, 41).

*Judgment affirmed. All the Justices concur.*

No. 14682. NOVEMBER 11, 1943.

*Clarence D. Stewart,* for plaintiff in error.
*W. George Thomas,* contra.